AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__________ DISTRICT OF __________

UNITED STATES OF AMERICA
V.
Vilma Morales

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:06-M-124A

I, Vilma Morales, charged in a ☑ complaint ☐ petition pending in this District with being an alien illegally or unlawfully in the United States and possessing, in or affecting commerce a firearm, in violation of Title 18, U.S.C., 922(g)(5), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

Vilma Morales
*Defendant*

11/9/06
*Date*

George [signature]
*Counsel for Defendant*