1252142

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED

NOV 06 2006

US MARSHALS
RHODE ISLAND

# UNITED STATES DISTRICT COURT

District of 922

UNITED STATES OF AMERICA
V.

VILMA MORALES

## WARRANT FOR ARREST

Case Number: 1:06M124A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VILMA MORALES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

being an alien illegally or unlawfully in the United States and possessing, in or affecting commerce, a firearm,

in violation of Title 18 United States Code, Section(s) 922(g)(5)

LINCOLN D. ALMOND
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

11/3/06 KINGSTON ~~Providence~~, Rhode Island
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/06/2006 | Robert D Young DUSM | Robert D Young |
| DATE OF ARREST 11/03/2006 | | |