IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 07 008 ML |
| | : | |
| | : | |
| v. | : | In violation Of 18 U.S.C. § 922(g)(5) |
| | : | |
| | : | |
| VILMA MORALES | : | |

INFORMATION

The United States Attorney charges that:

COUNT I

On or about November 3, 2006, in the District of Rhode Island, the defendant, VILMA MORALES, then being an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting commerce, a firearm, to wit: a Cobray model M-11 9 millimeter SMG, serial number 85-0002533, in violation of 18 U.S.C. § 922(g)(5).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

Date: 1/18/07