O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
VILMA MORALES

WAIVER OF INDICTMENT

CR 07 008 ML

CASE NUMBER:

I, VILMA MORALES, the above named defendant, who is accused of

possession of a firearm by an alien illegally or unlawfully in the United States,

in violation of Title 18, United States Code, Section 922(g)(5),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/24/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Vilma Morales
Defendant

George West
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ