# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. CR 07-008ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

FEB [illegible]

YOU ARE HEREBY COMMANDED, to have the **body** of **Vilma Morales**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **25th** day of **May, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: February 13, 2007.

David A. DiMarzio, Clerk

Sentencing Hearing

*By* ________________
*John Duhamel - Deputy Clerk*